```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

JEREMIAH DOE,
   Plaintiff,

-V-                                        Docket No. 16-CV-12068-IT

ALAN SANDERSON,
   Defendant.

<u>MR. DOE'S RESPONSE TO DEFENDANT'S MOTION IN LIMIE TO EXCLUDE
MEDICAL DIAGNOSIS OR CAUSATION</u>

Mr. Doe states the following on the Defendant's request to exclude information regarding medical diagnosis or causation.

   Although Mr. Doe does not fully object to this, on both sides, Mr. Doe will be giving his information regarding his knowledge of his injuried and the lasting effects of his injuries. Mr. Doe also has medical training that he planing to use to help the jury understand his injuries, and the issues of his injuries. Mr. Doe will also be using his knowledge of his previous training and experience to give the jury information that will be necessary for them to make an informed decision.

   Mr. Doe is not going to opine on how long his injuries will last or any effects that other portions of his body maybe damaged due to this, but he will be seeking to introoduce his injuries and that the fact that these injuries should not have occurred.

   Mr. Doe is also planning to introduce his mental wellbeing through himself and other witnesses, and these witnesses will only be giving lay testimony about these mental issues that they observed.

Respectfully Submitted,

_(signature)_
_____
Jeremiah Doe
OCCC
1 Administation Rd.
Bridgewater, MA 02324
5/1/21

U.S. DISTRICT COURT
DISTRICT OF MASS.

2021 MAY 10 PM 12: 42

FILED
IN CLERKS OFFICE